# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-2415
LT Case Nos. 2016-302215-CFDB
2016-302886-CFDB
2016-304664-CFDB
2016-304608-CFDB
2016-304630-CFDB

———————————————

ERIC J. ROSARIO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Eric J. Rosario, Raiford, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison Leigh
Morris, Assistant Attorney General, Daytona Beach, for Appellee.

December 5, 2023

PER CURIAM.

    AFFIRMED.

JAY, HARRIS, and KILBANE, JJ., concur.

———————————————

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

———————————————